### LEFFRET *v.* JACKSON.

APPEAL from the Cass Circuit Court.

PETTIT, J.—This was a proceeding to contest an election, commenced before the board of commissioners. On an appeal to the circuit court, the cause was dismissed on the motion of the defendant. Exception, and time given to file a bill of exceptions, but none was filed. There is, therefore, no question before us for our consideration. On the authority of *Dritt* v. *Dodds,* decided at this term, *ante,* p. 63, the judgment of the circuit court is affirmed, at the costs of the appellant.

*D. H. Chase* and —. *Nelson,* for appellant.

*S. T. McConnell* and *M. Winfield,* for appellee.